**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DEVISION**

**REGINA ALEXANDER CEASER**        **CASE NO. 6:17-CV-1066**

**VERSUS**        **JUDGE ROBERT G. JAMES**

**DILLARDS DEPARTMENT STORE**        **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the unopposed Motion To Dismiss for Insufficiency of Process filed by Defendant, Dillards Department Stores, Inc. [Rec. Doc. 29] be GRANTED.

THUS DONE AND SIGNED in Monroe, Louisiana, on this 18th day of June, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**